Case 3:22-cv-00108   Document 5   Filed on 04/25/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:22-cv-108

MICHAEL G. PETERS, TDCJ #2019190, PLAINTIFF,

v.

KALISH LAW OFFICE, *ET AL*., DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

Plaintiff Michael G. Peters is incarcerated in the Texas Department of Criminal Justice – Correctional Institutions Division (TDCJ) at the Stringfellow Unit in Rosharon. Representing himself, Peters has filed a civil-rights complaint under 42 U.S.C. § 1983 against the Kalish Law Office and attorney Siomara Ramirez Pitre. Dkt. 1. He seeks $30 million in damages for claims of alleged criminal conspiracy, fraud, and aggravated perjury. *Id*. Peters also seeks leave to proceed *in forma pauperis*. Dkt. 2. Having reviewed the pleadings and Peters' litigation history, the court denies him leave to proceed without prepaying the filing fee and dismisses this case for the reasons explained below.

Peters is a well-known abusive litigant, who is precluded from filing any new case in the Southern District of Texas unless he first obtains written permission from a judge of this district. *See Peters v. Tex. Med. Bd.*, Civil No. 4:22-cv-0059 (S.D. Tex. Mar. 21, 2022). Peters does not present prior permission to file this civil action. Because his pending complaint is frivolous under the standards of the Prison Litigation Reform Act, 28 U.S.C. § 1915A(b), the court declines to grant him permission to proceed.

Accordingly, the court **ORDERS** as follows:

1. This lawsuit is **DISMISSED** with prejudice.

2. The motion for leave to proceed *in forma pauperis* (Dkt. 2) is **DENIED**. As Peters well knows, he is ineligible to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(g).

3. The court **CERTIFIES** that any appeal would not be in good faith for purposes of 28 U.S.C. § 1915(a)(3).

**The Clerk will provide a copy of this order to the Manager of the Three-Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.**

Signed on Galveston Island this  25th  day of   April        , 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE